03-61859.rr2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-61859 CIV Cooke

ELAINE L. CHAO, Secretary of
Labor, U.S. Department of Labor,

    Plaintiff,

vs.

GARY M. HOCHBERG, C.L.U.
INSURANCE AGENCY, INC., et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION - RENEWED MOTION FOR CIVIL CONTEMPT

**This matter** came before this Court on Renewed Motion for Civil Contempt..., filed November 21, 2006. The Court has considered the motion and all pertinent materials in the file. In addition, a hearing was held on September 5, 2007, and argument of counsel considered.

### BACKGROUND

After the instant motion was filed there was some progress made re: discovery. The Court heard nothing further of any note from the parties until the day before this hearing when it received a filing from plaintiff entitled "The Secretary of Labor's Certification of Non- Compliance with Contempt Order ..." (D.E. 121). This document contains new and potentially very serious allegations against defendants.

### DISCUSSION

At the hearing on this matter the Court expressed concern over the last minute filing of

1

plaintiff which would not allow a response by defendants, would then necessitate an evidentiary hearing, followed by a recommendation to the District Judge. The parties agreed that this motion would be denied, without prejudice, and that the new filing would be considered by the Court as a Second Renewed Motion for Civil Contempt.

## RECOMMENDATION

It is therefore respectfully recommended that the instant motion (D.E. 83) be DENIED, without prejudice.

The parties have ten (10) days from the date of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable Marcia G. Cooke, United States District Judge for the Southern District of Florida. Failure to file objections timely shall bar the parties from attacking on appeal the factual findings contained herein. LoConte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988).

**DONE AND ORDERED** this 6th day of September 2007, at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:  Honorable Marcia G. Cooke
     Karen E. Mock, Esq.
     Lawrence P. Zolot, Esq.